| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLAHOMA | **FILED**<br>Dec. 4, 2014<br>Grant E. Price , Clerk<br>U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF OKLA. |

IN  RE:

John Edward Phillips                                          BK.  NO. 14–12055 – NLJ

                    DEBTOR(s).                                          CHAPTER 13

## NOTICE OF HEARING

( F.R.Bankr.P. 9014)

You are hereby noticed that

*23* – Trustee's Motion to Dismiss Case for Non–Feasibility with Brief in Support with Certificate of Service With Notice and Opportunity for Hearing. (Hardeman, 8kaw)

*24* – Motion to Modify Plan and Application for Compensation (related document(s) 2 Plan). . with Brief in Support with Certificate of Service With Notice and Opportunity for Hearing Filed by Tearsa Storms Olson (Olson, Tearsa)

will be heard by Judge Niles Jackson on 12/23/14 at 09:45 AM in 2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.

DATED:  **12/4/14**                                          BY ORDER OF THE COURT,
                                                                              Grant E. Price
                                                                              By: /s/Sandra Love
                                                                              Sandra Love, DEPUTY