**Dated: December 17, 2014,  09:32 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| John Edward Phillips | ) | Case No. 14-12055 NLJ |
|    Debtor. | ) | Chapter 13 |
| | ) | |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN AND RESOLVING TRUSTEE'S MOTION TO DISMISS

Upon representation of Debtor's Counsel, the Debtor herein filed his *Objection to Motion to Dismiss, Motion to Modify Confirmed Plan, and Brief in Support and Notice of Opportunity for Hearing* on October 31, 2014, and notice thereof was served to all parties in interest requesting notice and to the Trustee pursuant to Local Bankruptcy Rule 9007, and no party has filed any timely objection or otherwise appeared in opposition to the said Motion, and the period for filing any such objection expired on November 21, 2014; and the relief requested is consistent with applicable provisions of Title 11 of the United States Code; the Debtor has established good and sufficient cause to grant said relief, and the Debtor's request should be sustained.

IT IS THEREFORE ORDERED by the Court that the Motion to Modify Debtor's Chapter 13 Plan be sustained and the Trustee's Motion to Dismiss be overruled as it is hereby resolved, and that the Plan is hereby Ordered Modified and confirmed as follows to-wit:

    a.  To provide that Debtor is current on plan payments through October 31, 2014.

      b. To modify the plan payment to $1,173.00 per month beginning in November 2014 and for the remainder of the plan.

IT IS SO ORDERED.

###

Approved for Entry:

/s Tearsa Storms Olson
Tearsa Storms Olson   OBA#30264
2400 NW 23rd St., Suite 102
Oklahoma City, OK 73107
Telephone: (405) 582-0012
Fax: (405) 212-4872
Email: tearsastorms@gmail.com
Attorney for Debtor

s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Avenue
P.O. Box 1948
Oklahoma City, OK  73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney for Trustee