IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**John Edward Phillips**

Debtor.

Case No. 14-12055-NLJ
Chapter 13

## NOTICE OF CLAIMS

John Hardeman, Chapter 13 Trustee hereby gives notice of claims filed with the Court and entered by the Chapter 13 Trustee, and of debts scheduled for which no claim has been filed, as follows:

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| AT&T<br>PO BOX 78628<br>PHOENIX, AZ 85062 | Claim Amt :$0.00<br>Sch'd Amt:  $0.00<br>Int Rate:     0% | UNSECURED CREDITOR<br>Mo Pymt:  $0.00<br>Acct:<br>Comm:<br>CONTRACT/REJECTED/MIDLAND BANKRUPTCY |
| John Edward Phillips<br>2112 NW 38th Street<br>Oklahoma City, OK 73112 | Claim Amt :$0.00<br>Sch'd Amt:  $0.00<br>Int Rate:     0% | DEBTOR REFUND<br>Mo Pymt:  $0.00<br>Acct:<br>Comm: |
| TEARSA STORMS OLSON<br>2400 NW 23RD STUITE 102<br>OKLAHOMA CITY, OK 73107 | Claim Amt :$2,036.00<br>Sch'd Amt:  $2,036.00<br>Int Rate:     0% | ATTORNEY FEE<br>Mo Pymt:  $160.00<br>Acct:<br>Comm: |

Page 2 of 3 - **CHAPTER 13 CASE NO. 14-12055-NLJ**

| NAME/ADDRESS FOR CREDITOR | | CLASSIFICATION |
|---|---|---|
| US BANKRUPTCY COURT CLERK<br>215 DEAN MCGEE AVE<br>FIRST FLOOR<br>OKLAHOMA CITY, OK 73102 | Claim Amt :$0.00<br>Sch'd Amt: $0.00<br>Int Rate:    0% | FILING FEE<br>Mo Pymt: $0.00<br>Acct:<br>Comm: |
| WELLS FARGO<br>ONE HOME CAMPUS<br>BK PMT / MAC# X2302-04C<br>DES MOINES, IA 50328 | Claim Amt :$0.00<br>Sch'd Amt: $68,481.01<br>Int Rate:    0% | MORTGAGE REGULAR PAYMENT<br>Mo Pymt: $705.21<br>Acct: 5299<br>Comm: MTG/2112 NW 38TH ST |
| WELLS FARGO<br>ONE HOME CAMPUS<br>BK PMT / MAC# X2302-04C<br>DES MOINES, IA 50328 | Claim Amt :$15,286.78<br>Sch'd Amt: $5,836.18<br>Int Rate:    0% | HOME MORTGAGE ARR.<br>Mo Pymt: $0.00<br>Acct: 5299<br>Comm: MTG/ARRS/2112 NW 38TH ST |
| WELLS FARGO<br>ONE HOME CAMPUS<br>BK PMT / MAC# X2302-04C<br>DES MOINES, IA 50328 | Claim Amt :$705.21<br>Sch'd Amt: $705.21<br>Int Rate:    0% | HOME MORTGAGE ARR.<br>Mo Pymt: $0.00<br>Acct: 5299<br>Comm: 1ST POST PET PMNT |

    Pursuant to 11 U.S.C. Section 502, the claims which have been filed are deemed allowed and will be treated in accordance with the Order Confirming Chapter 13 Plan and any other relevant Court Orders. Such distributions will be made by the Trustee from available funds unless and until the debtor or other interested party files with the Court an objection to claim and and serves the objection upon the Chapter 13 Trustee and the creditor holding the claim.

                                           Respectfully submitted,

                                           s/John Hardeman

Page 3 of 3 - **CHAPTER 13 CASE NO. 14-12055-NLJ**

John Hardeman, Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel:  (405) 236-4843
Fax: (405) 236-1004

## CERTIFICATE OF SERVICE

I herein certify that on December 18, 2014, a true and correct copy of this Notice was served upon the debtor by U.S. Mail, first class, postage prepaid, at the following address:

John Edward Phillips
2112 NW 38th Street
Oklahoma City, OK 73112

s/John Hardeman
John Hardeman, Trustee

kaw